IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:14CR155 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| DANIEL MURATELLA, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on November 4, 2020 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from motion hearing held 10/23/2018

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  November 10, 2020

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15