IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DANIEL MURATELLA,<br><br>　　　　　　Defendant. | 8:14CR155<br><br>ORDER |

This matter is before the Court on defendant's motion to reconsider, Filing No. 491, this Court's Memorandum and Order, Filing No. 490.  The Court has carefully reviewed the request and finds it should be denied.

**THEREFORE, IT IS ORDERED THAT** Defendant's motion for reconsideration, Filing No. 491, is denied.

Dated this 9th day of March 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1