IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL MURATELLA, <br><br> Defendant. | **8:14CR155** <br><br> **ORDER** |

This matter is before the Court on defendant's third request for compassionate release/reconsideration.  *See* Filing Nos. 495, 491, 493, and 470.  In the most recent request, defendant sends this Court a document showing an increase in prison COVID-19 that will, in some instances, require quarantine.  This document does not change the Court's analysis or previous findings.  For the reasons previously stated in this Court's prior orders, Filing Nos. 490, 492, and 494, this most recent motion for reconsideration is also denied.

THEREFORE, IT IS ORDERED THAT DEFENDANT'S third motion for reconsideration, Filing No. 495, is denied.

Dated this 13th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge