IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

DANIEL MURATELLA,

    Defendant.

**8:14CR155**


**ORDER**

   This matter is before the Court on Defendant's most recent motions for compassionate release, Filing Nos. 526 and 529.  Defendant filed a previous motion for compassionate relief and several motions for reconsideration.  Filing Nos. 470, 491, 493, 495.  The Court denied the same.  Filing Nos. 490, 492, 494, and 496.  The Court denied Defendant's motion for compassionate release, indicating that "Muratella has a propensity for violence that could be harmful to the public."  Filing No. 490 at 8.  After reviewing Filing Nos. 526 and 529, the Court is of the opinion that these are simply additional motions for reconsideration.

   THEREFORE, Defendant's motions for compassionate release, Filing Nos. 526 and 529, are denied.

   Dated this 25th day of August, 2023.


          BY THE COURT:

          s/ Joseph F. Bataillon
          Senior United States District Judge